**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dario RESTREPO,**
**Defendant–Appellant.**

No. 88–3207.

United States Court of Appeals,
Ninth Circuit.

March 2, 1990.

Before PREGERSON, BOOCHEVER and NOONAN, Circuit Judges.

ORDER

The petition for rehearing is GRANTED. The opinion previously filed August 24, 1989, and published at 883 F.2d 781 (9th Cir.1989) is withdrawn.

PREGERSON, Circuit Judge, dissents.